## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Vargas Sr, Nelson Lionel | Case Number: 05 B 50958 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 10/2/07 | Filed: 10/12/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Ch 7 Conversion: August 2, 2007
Confirmed: December 6, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 10,015.00 | |
| Secured: | | 350.00 |
| Unsecured: | | 6,512.59 |
| Priority: | | 0.00 |
| Administrative: | | 2,600.00 |
| Trustee Fee: | | 510.33 |
| Other Funds: | | 42.08 |
| Totals: | 10,015.00 | 10,015.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,600.00 | 2,600.00 |
| 2. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 3. | HomeComings Financial Network | Secured | 350.00 | 350.00 |
| 4. | American Express Travel Relate | Unsecured | 102.31 | 50.05 |
| 5. | Discover Financial Services | Unsecured | 970.41 | 543.29 |
| 6. | Roundup Funding LLC | Unsecured | 1,859.61 | 1,068.08 |
| 7. | Capital One | Unsecured | 191.18 | 103.82 |
| 8. | Visa | Unsecured | 513.50 | 294.93 |
| 9. | Portfolio Recovery Associates | Unsecured | 1,487.48 | 854.32 |
| 10. | ECast Settlement Corp | Unsecured | 1,140.09 | 654.80 |
| 11. | American Express | Unsecured | 1,748.94 | 1,004.53 |
| 12. | American Express Travel Relate | Unsecured | 19.33 | 0.00 |
| 13. | Providian | Unsecured | 505.77 | 0.00 |
| 14. | Discover Financial Services | Unsecured | 1,172.16 | 673.24 |
| 15. | Resurgent Capital Services | Unsecured | 2,203.38 | 1,265.53 |
| 16. | Countrywide Home Loans Inc. | Secured | | No Claim Filed |
| 17. | SLM Financial Corp | Unsecured | | No Claim Filed |
| 18. | Bank Of America | Unsecured | | No Claim Filed |
| 19. | Nldc | Unsecured | | No Claim Filed |
| 20. | US Bank | Unsecured | | No Claim Filed |
| | | | $ 14,864.16 | $ 9,462.59 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 155.40 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Vargas Sr, Nelson Lionel

Printed:  10/2/07

Case Number:  05 B 50958

Judge:  Goldgar, A. Benjamin

Filed:  10/12/05

| | |
|---|---|
| 5% | 147.38 |
| 4.8% | 153.60 |
| 5.4% | 53.95 |
| | _____ |
| | $ 510.33 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: